■ In the Matter of KRISTINA MC. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ROBERT MC., Appellant. (Proceeding No. 1.) In the Matter of RYAN MC. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ROBERT MC., Appellant. (Proceeding No. 2.) In the Matter of STEPHANIE MC. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ROBERT MC., Appellant. (Proceeding No. 3.) [954 NYS2d 908]—

The Family Court properly found that the Suffolk County Department of Social Services sufficiently established that the father neglected the three subject children (*see* Family Ct Act §§ 1012 [f] [i]; 1046 [b] [i]; *Matter of Deandre T.*, 253 AD2d 497 [1998]). A preponderance of the evidence at the hearing established that the subject children's mental or emotional condition had been or was in imminent danger of becoming

impaired by the father's abuse of alcohol and commission of acts of domestic violence in their presence (*see Matter of Jada F. [Carolyn F.]*, 97 AD3d 575, 576 [2012]). As the Family Court's determination has a sound and substantial basis in the record, we decline to disturb it (*see Matter of Bianca P. [Theodore A.P.]*, 94 AD3d 1126 [2012]; *Matter of Jayda D.-B.*, 33 AD3d 998 [2006]). Mastro, J.P., Lott, Roman and Cohen, JJ., concur.